# UNITED STATES DISTRICT COURT
### for the
### District of Nebraska

FILED
DISTRICT COURT
DISTRICT OF NEBRASKA
2025 JUN 18 PM 2: 18
OFFICE OF THE CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 8:25 CR 133 |
| AARON Urbanski | ) | |
| Defendant | ) | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

June 18, 2025

_____
Defendant's signature

----

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

_____
Defendant's signature

The United States consents to the jury-trial waiver: _____
Government representative's signature

_____
Government representative's printed name and title

----

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

_____
Defendant's signature

----

DAVID A. DOMINA  11043NE
Printed name of defendant's attorney (if any)

_David A Domina_
Signature of defendant's attorney (if any)

Date: 6/18/2025    Approved by: _____
Magistrate Judge's signature